# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DONALD J. & HOLLY L. KUNTZ
- **Case Number:** 17-21860-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 03, 2017 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#5 - Continued Confirmation of Plan Dated 5/1/2017 (N)
R / M #: 5 / 0

### Appearances:

- Debtor: K. Steidl
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor: Griffin for Pgh SD & City & PWSA

wage attachment w/holding

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/28/17 at 3:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 AUG -3 P 2:22 CLERK U.S. BANKRUPTCY COURT PITTSBURGH