# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donald J. Kuntz and | ) | Case No. 17-21860-GLT |
| Holly L. Kuntz, | ) | Chapter 13 |
| | ) | |
|    Debtors | ) | |
| | ) | |
| Donald J. Kuntz and | ) | Docket No. |
| Holly L. Kuntz, | ) | |
| | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Financial National Bank, | ) | |
| | ) | |
|    Respondent | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO RESPONDENT'S CLAIM 9-2

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 24, 2017**, i.e., seventeen (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 20, 2017 at 10:00** am before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought m ay be entered and the hearing may not be held if you do not timely file and serve a written response.

Date:  November 7, 2017

                                                                                     /s/ Lauren M. Lamb
                                                                                  Lauren M. Lamb, Esquire
                                                                                  STEIDL & STEINBERG
                                                                                  28th Floor-Gulf Tower
                                                                                  707 Grant Street
                                                                                  Pittsburgh, PA  15219
                                                                                  (412) 391-8000
                                                                                  llamb@steidl-steinberg.com
                                                                                  PA I. D. No.  209201