# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Donald J. Kuntz and ) | Case No. 17-21860-GLT |
| Holly L. Kuntz, ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |
| Donald J. Kuntz and ) | Docket No. |
| Holly L. Kuntz, ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Wells Fargo Financial National Bank, ) | |
| ) | |
| Respondent ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under the penalty of perjury that I served a true and correct copy of the foregoing Objection to Claim, Proposed Order, and Notice of Hearing on November 7, 2017, by regular first Class Mail on the following parties:

Ronda Winnecour, Trustee
Suite 3250 – U. S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Wells Fargo Bank, N.A.
Attn: Timothy J. Sloan, CEO
420 Montgomery Street.
San Francisco, CA 94104

Wells Fargo Bank, N.A.
Attn: Cecilia Shelton, Bankruptcy Specialist
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Date: <u>November 7, 2017</u>

<u>/s/ Lauren M. Lamb</u>
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
P.A.I.D. No. 209201