IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donald J. Kuntz and | ) | Case No. 17-21860-GLT |
| Holly L. Kuntz, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |
| Donald J. Kuntz and | ) | Docket No. |
| Holly L. Kuntz, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Financial National Bank, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO SECURED STATUS OF RESPONDENT'S CLAIM 9-2

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 7, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 24, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | |
|---|---|
| December 2, 2017 | /s/ Lauren M. Lamb |
| DATE | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor(s) |
| | STEIDL & STEINBERG |
| | Suite 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  209201 |
| | llamb@steidl-steinberg.com |