IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Donald J. Kuntz, | ) | Case No. 17-21860 |
| Holly L. Kuntz, | ) | |
| *Debtors* | ) | |
| | ) | Chapter 13 |
| Donald J. Kuntz, | ) | |
| Holly L. Kuntz, | ) | |
| *Movants* | ) | Related to Document No. 54 |
| | ) | |
| No Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 8, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached matrix.

Pittsburgh Bone Joint & Spine
Attn: Payroll Dept.
1200 Brooks Lane
Suite G20
Clairton, PA 15025

Date of Service:    August 8, 2018         /s/ Lauren M. Lamb
                                           Lauren M. Lamb, Esquire
                                           STEIDL & STEINBERG
                                           28th Floor, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           LLamb@steidl-steinberg.com

```
Label Matrix for local noticing         AES                                     American Express
0315-2                                  P.O. Box 2251                           P.O. Box 1270
Case 17-21860-GLT                       Harrisburg, PA 17105-2251               Newark, NJ 07101-1270
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Aug  8 14:54:05 EDT 2018

American Express Centurion Bank         Peter J. Ashcroft                      Best Buy Credit Services
c/o Becket and Lee LLP                  Bernstein-Burkley, P.C.                P.O. Box 9001007
PO Box 3001                             Suite 2200, Gulf Tower                 Louisville, KY 40290-1007
Malvern  PA 19355-0701                  Pittsburgh, PA 15219-1900


Capital One                             Capital One, N.A.                      Natalie Lutz Cardiello
PO Box 71083                            c/o Becket and Lee LLP                 107 Huron Drive
Charlotte, NC 28272-1083                PO Box 3001                            Carnegie, PA 15106-1826
                                        Malvern PA 19355-0701


Citibank                                City & School District of Pittsburgh   City and School District of Pittsburgh
P.O. Box 183056                         Goehring, Rutter & Boehm               Goehring, Rutter, and Boehm
Columbus, OH 43218-3056                 c/o Jeffrey R. Hunt, Esquire           437 Grant Street, 14th Floor
                                        437 Grant Street, 14th Floor           Frick Building
                                        Frick Building                         Pittsburgh, PA 15219-6101
                                        Pittsburgh, PA 15219-6101

Department Stores National Bank         Duquesne Light Company                 Educational Credit Management Corporation
c/o Quantum3 Group LLC                  c/o Allison L. Carr,                   PO Box 16408
PO Box 657                              Bernstein-Burkley, P.C.,               St. Paul, MN 55116-0408
Kirkland, WA  98083-0657                707 Grant St., Suite 2200, Gulf Tower,
                                        Pittsburgh, PA 15219-1945


Green Sky Loans                         Greensky, LLC                          Jeffrey R. Hunt
1797 Northeast Expressway               P.O. Box 530584                        Goehring, Rutter & Boehm
Suite 100                               Atlanta, GA 30353-0584                 437 Grant Street
Atlanta, GA 30329-2451                                                         14th Floor
                                                                               Pittsburgh, PA 15219-6107


Image First                             Kohls                                  Donald J. Kuntz
PO Box 183043                           P.O. Box 2983                          902 Muldowney Ave.
Columbus, OH 43218-3043                 Milwaukee, WI 53201-2983               Pittsburgh, PA 15207-2062


Holly L. Kuntz                          Lauren M. Lamb                         Macys
902 Muldowney Ave.                      Steidl & Steinberg                     PO Box 8066
Pittsburgh, PA 15207-2062               707 Grant Street                       Mason, OH 45040-8066
                                        28th Floor - Gulf Tower
                                        Pittsburgh, PA 15219-1908


Office of the United States Trustee     PHEAA                                  PNC
Liberty Center.                         PO Box 8147                            2730 Liberty Ave.
1001 Liberty Avenue, Suite 970          Harrisburg, PA 17105-8147              Pittsburgh, PA 15222-4747
Pittsburgh, PA 15222-3721


PNC Bank                                PNC Bank, NA                           Parkview Community Federal Credit Union
PO Box 94982                            3232 Newmark Drive                     2100 Eden Park Boulevard
Cleveland, OH 44101-4982                Miamisburg, OH 45342-5421              McKeesport, PA 15132-7621
```

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Pittsburgh Water & Sewer Authority<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Sears Card<br>P.O. Box 6276<br>Sioux Falls, SD 57117-6276 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Wells Fargo<br>PO Box 17430<br>Baltimore, MD 21297-1430 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (d)Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (u)PNC BANK, NATIONAL ASSOCIATION |
| (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                   44 | |