| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Donald J. Kuntz** | Social Security number or ITIN | **xxx–xx–0040** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Holly L. Kuntz** | Social Security number or ITIN | **xxx–xx–3981** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**    **5/1/17** | |
| Case number: **17–21860–GLT** | | Date case converted to chapter **7**    **8/6/18** | |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Donald J. Kuntz | Holly L. Kuntz |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 902 Muldowney Ave. Pittsburgh, PA 15207 | 902 Muldowney Ave. Pittsburgh, PA 15207 |
| 4. | **Debtor's attorney** Name and address | Lauren M. Lamb Steidl & Steinberg 707 Grant Street 28th Floor – Gulf Tower Pittsburgh, PA 15219 | Contact phone 412–391–8000 Email: llamb@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | Contact phone 412–276–4043 Email: ncardiello@comcast.net |

**For more information, see page 2 >**

Debtor  **Donald J. Kuntz** and  **Holly L. Kuntz**                                                  Case number **17–21860–GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/6/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.           Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/9/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/15/18**<br><br>**Filing deadline: 10/30/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-21860-GLT
Donald J. Kuntz                                                 Chapter 7
Holly L. Kuntz
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz           Page 1 of 2           Date Rcvd: Aug 06, 2018
                             Form ID: 309B         Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db/jdb          +Donald J. Kuntz,   Holly L. Kuntz,   902 Muldowney Ave.,   Pittsburgh, PA 15207-2062
aty             +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty              Jeffrey R. Hunt,   Goehring, Rutter & Boehm,   437 Grant Street,   14th Floor,
                 Pittsburgh, PA 15219-6107
aty              Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
aty             +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
cr              +City and School District of Pittsburgh,   Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
cr              +Pittsburgh Water & Sewer Authority,   Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
14415049         AES,   P.O. Box 2251,   Harrisburg, PA 17105-2251
14415051        +Best Buy Credit Services,   P.O. Box 9001007,   Louisville, KY 40290-1007
14415054        +Citibank,   P.O. Box 183056,   Columbus, OH 43218-3056
14655248        +City & School District of Pittsburgh,   Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14688189         Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
14415055        +Green Sky Loans,   1797 Northeast Expressway,   Suite 100,   Atlanta, GA 30329-2451
14676642        +Greensky, LLC,   P.O. Box 530584,   Atlanta, GA 30353-0584
14415056        +Image First,   PO Box 183043,   Columbus, OH 43218-3043
14639254        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14415060        +PNC,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
14415061        +PNC Bank,   PO Box 94982,   Cleveland, OH 44101-4982
14690466        +PNC Bank, NA,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14660286        +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14655262        +Pittsburgh Water & Sewer Authority,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14415062        +Sears Card,   P.O. Box 6276,   Sioux Falls, SD 57117-6276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: llamb@steidl-steinberg.com Aug 07 2018 02:09:42     Lauren M. Lamb,
                 Steidl & Steinberg,   707 Grant Street,   28th Floor - Gulf Tower,   Pittsburgh, PA  15219
tr              +EDI: QNLCARDIELLO.COM Aug 07 2018 06:03:00     Natalie Lutz Cardiello,   107 Huron Drive,
                 Carnegie, PA 15106-1826
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2018 02:10:10     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 07 2018 02:10:20
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14415050        +EDI: AMEREXPR.COM Aug 07 2018 06:03:00     American Express,   P.O. Box 1270,
                 Newark, NJ 07101-1270
14662491         EDI: BECKLEE.COM Aug 07 2018 06:03:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14415052         EDI: CAPITALONE.COM Aug 07 2018 06:03:00     Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
14665125         EDI: BL-BECKET.COM Aug 07 2018 06:03:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
14690725        +E-mail/Text: kburkley@bernsteinlaw.com Aug 07 2018 02:10:44     Duquesne Light Company,
                 c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14808928         EDI: ECMC.COM Aug 07 2018 06:03:00     Educational Credit Management Corporation,
                 PO Box 16408,   St. Paul, MN 55116-0408
14415057        +EDI: CBSKOHLS.COM Aug 07 2018 06:03:00     Kohls,   P.O. Box 2983,   Milwaukee, WI 53201-2983
14415058        +EDI: TSYS2.COM Aug 07 2018 06:03:00     Macys,   PO Box 8066,   Mason, OH 45040-8066
14690815         EDI: PRA.COM Aug 07 2018 06:03:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14415059        +E-mail/Text: bhandra@pc-fcu.org Aug 07 2018 02:10:51
                 Parkview Community Federal Credit Union,   2100 Eden Park Boulevard,
                 McKeesport, PA 15132-7621
14674850         EDI: Q3G.COM Aug 07 2018 06:03:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14415063        +EDI: WFFC.COM Aug 07 2018 06:03:00     Wells Fargo,   PO Box 17430,   Baltimore, MD 21297-1430
14670594         EDI: WFFC.COM Aug 07 2018 06:03:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 17

```
District/off: 0315-2          User: amaz              Page 2 of 2            Date Rcvd: Aug 06, 2018
                              Form ID: 309B           Total Noticed: 39


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*             Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN  55116-0408
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14415053*       Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
                                                                          TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lauren M. Lamb    on behalf of Joint Debtor Holly L. Kuntz
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor Donald J. Kuntz
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 10
```