IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Donald J. Kuntz                                  :    Case No. 17-21860GLT
Holly L Kuntz                                    :    Chapter 7
    Debtor(s)                   :
Ronda J. Winnecour, Trustee                      :    Previously Chapter 13
                                                 :    Related to Document #
    Movant(s)                   :
                                                 :
    vs.                         :
Donald J.Kuntz                                   :
Holly L. Kuntz                                   :    Hearing Date
    Respondent(s)

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON THE CHAPTER 13 TRUSTEE'S MOTION FOR ORDER DIRECTING TURNOVER**
**OF FUNDS ON HAND TO CHAPTER 7 TRUSTEE**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than September 4, 2018, i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on September 12, 2018, at 10:00 a.m. by Judge Taddonio in the Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 8-14-2018

                        /s/ Owen W. Katz_____
                        Owen W. Katz - PA I.D. #36473
                        Attorney for the Chapter 13 Trustee
                        US Steel Tower – Suite 3250
                        600 Grant St.
                        Pittsburgh, PA 15219
                        (412) 471-5566
                        okatz@chapter13trusteewdpa.com