IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Donald J. Kuntz                                : Case No. 17-21860GLT
Holly L Kuntz                                  : Chapter 7
    Debtor(s)                          :
Ronda J. Winnecour, Trustee        : Previously Chapter 13
                                               : Related to Document #
    Movant(s)                          :
                                               :
    vs.                                :
Donald J. Kuntz                                :
Holly L. Kuntz                                 : Hearing Date
    Respondent(s)                      :

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of August 2018, I served the Notice Of Hearing on the Chapter 13 Trustee's Motion for Order Directing Turnover of Funds on Hand to Chapter 7 Trustee on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Donald and Holly Kuntz
902 Muldowney Avenue
Pittsburgh PA 15207

Lauren Lamb, Esquire
Steidl & Steinberg
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219

    _/s/Dianne DeFoor_____
    Office of Chapter 13 Trustee
    US Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com