### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donald J. Kuntz | ) | Case No.  17-21860 |
| Holly L. Kuntz, | ) | Chapter 7 |
| *Debtors* | ) | Docket No. |
| | ) | |
| Donald J. Kuntz | ) | |
| Holly L. Kuntz, | ) | |
| *Movants* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

### RULE 1019 REPORT

AND NOW, comes the debtors, Donald J. Kuntz & Holly L. Kuntz, by and through their attorney Lauren M. Lamb, and Steidl and Steinberg, and respectfully represent as follows:

1. This case was commenced on May 1, 2017 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Case was converted to Chapter 7 by Order of Court dated August 6, 2018.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the debtors have not incurred additional unsecured debt, but have not entered into or assumed any executory contracts and have not acquired any additional or new property, either real or personal.

WHEREFORE, the debtor's, Donald J. Kuntz & Holly L. Kuntz, respectfully files this Rule 1019 Report.                                             .

                                                Respectfully submitted,

August 21, 2018                /s/ Lauren M. Lamb
DATE                                    Lauren M. Lamb, Esquire
                                                Attorney for the Debtors
                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                PA I. D. No. 209201
                                                llamb@steidl-steinberg.com