# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21860-GLT |
| | : | |
| DONALD J. KUNTZ | : | Chapter 7 |
| HOLLY L. KUNTZ | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Donald J. Kuntz | : | |
| Holly L. Kuntz | : | |
| Respondent | : | |

## NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws her Motion to Extend the Time to Challenge Good Faith of Conversion filed on September 4, 2018.

Dated: September 6, 2018                              Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net
PA ID# 51296