# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Case No.: | 17-21860-GLT |
| | Chapter: | 7 |
| Donald J. Kuntz | | |
| Holly L. Kuntz | | |
| | Date: | 9/12/2018 |
| *Debtor(s).* | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*  #64 - Chapter 13 Trustee's Motion for Order Directing Turnover of Funds on Hand to Chapter 7 Trustee
#74 - Response by Debtors

*APPEARANCES:*
    Debtor:    Julie Steidl
    Ch 13 Trustee:    Owen Katz

*NOTES:*

Katz: We would like to withdraw the motion and issue a refund.

Steidl: No objection.

*OUTCOME:*

1. The motion for order directing turnover of funds [Dkt. No. 64] is denied as withdrawn (Text order to issue).

**DATED:** 9/12/2018