**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD J. KUNTZ
HOLLY L. KUNTZ
    Debtor(s)

Case No.:17-21860 GLT

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/01/2017 and confirmed on 09/29/2017 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,310.00 |
| Less Refunds to Debtor | 21,020.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,289.94 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 1,710.99 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,110.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 12,922.35 | 0.00 | 12,922.35 |
|     Acct: 8446 | | | | |
|   PNC BANK NA | 1,486.15 | 1,486.15 | 0.00 | 1,486.15 |
|     Acct: 8446 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5L38 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 66.14 | 66.14 | 10.56 | 76.70 |
|     Acct: 5L38 | | | | |
| | | | | 14,485.20 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD J. KUNTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD J. KUNTZ | 21,020.06 | 21,020.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | ECMC(*) | 4,519.52 | 415.48 | 0.00 | 415.48 |
| | Acct: 3981 | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2016 | | | | |
| | BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4478 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5481 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 983.59 | 90.42 | 0.00 | 90.42 |
| | Acct: 0976 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7059 | | | | |
| | GREENSKY LLC | 9,655.21 | 887.58 | 0.00 | 887.58 |
| | Acct: 0239 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 442.81 | 40.71 | 0.00 | 40.71 |
| | Acct: 2794 | | | | |
| | CAPITAL ONE NA** | 1,567.14 | 144.06 | 0.00 | 144.06 |
| | Acct: 3752 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,725.15 | 158.59 | 0.00 | 158.59 |
| | Acct: 8270 | | | | |
| | PARKVIEW COMMUNITY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 14,719.21 | 1,353.10 | 0.00 | 1,353.10 |
| | Acct: 9003 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7876 | | | | |
| | WELLS FARGO FINANCIAL NATIONAL BAN | 774.13 | 71.16 | 0.00 | 71.16 |
| | Acct: 6442 | | | | |
| | DUQUESNE LIGHT COMPANY* | 260.31 | 18.87 | 0.00 | 18.87 |
| | Acct: 3981 | | | | |
| | PNC BANK | 1,134.79 | 104.32 | 0.00 | 104.32 |
| | Acct: 3981 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 504.17 | 46.35 | 0.00 | 46.35 |
| | Acct: 4409 | | | | |
| | AMERICAN EXPRESS CENTURION BNK | 3,949.93 | 363.11 | 0.00 | 363.11 |
| | Acct: 1002 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 3,693.75 |

TOTAL PAID TO CREDITORS                                                                                                          18,178.95

```
TOTAL CLAIMED
  PRIORITY                          0.00
  SECURED                       1,552.29
  UNSECURED                    40,235.96
```

Date: 09/26/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com